IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOE & NANCY DEFAZIO**                                                         **PLAINTIFFS**

**VS.**                                           **CIVIL ACTION NO. 1:06CV973-HSO-JMR**

**CHIQUITA FRESH NORTH AMERICA L.L.C.;**
**DOLE FOOD COMPANY, INC.; CROWLEY LINER**                  **DEFENDANTS**
**SERVICES, INC., ABC CORPORATION &**
**XYZ COMPANY**

## FINAL JUDGMENT

This matter came on to be heard on the Motions for Summary Judgment filed by Defendants Crowley Liner Services, Inc., Chiquita Fresh North America, LLC, and Dole Food Company, Inc.  The Court, after a full review and consideration of Defendants' Motions, Plaintiffs' Responses, Defendants' Rebuttals, the record and pleadings on file, and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Defendants Crowley Liner Services, Inc., Chiquita Fresh North America, LLC, and Dole Food Company, Inc., pursuant to FED. R. CIV. P. 56, and this civil action is hereby dismissed, with prejudice.

**SO ORDERED AND ADJUDGED**, this the 14th day of July, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE